# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TONYA WARE, as Executor of the Estate of WALTER KRONE,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No. 4:20-cv-1561 |

## NOVARTIS PHARMACEUTICALS CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant Novartis Pharmaceuticals Corporation ("NPC") hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

1. Parent Companies:

(a) Novartis Finance Corporation, a New York corporation;

(b) Novartis Corporation, a New York corporation;

(c) Novartis Holding, AG, a Swiss company; and

(d) Novartis AG, a Swiss company, whose shares are publicly traded on the SIX Swiss Exchange, and whose American Depository Shares are publicly traded on the New York Stock Exchange.

2. Publicly held companies owning more than 10% of NPC stock:

(a) Novartis AG indirectly owns a 100% interest in NPC.

Dated:  December 1, 2020				Respectfully submitted,


							/s/Booker T. Shaw
							Booker T. Shaw, Esq.
							Thompson Coburn LLP
							One US Bank Plaza
							St. Louis, MO 63101
							(314) 552-6000
							(314) 552-7000 (facsimile)
							bshaw@thompsoncoburn.com

							*Attorneys for Defendant Novartis*
							*Pharmaceuticals Corporation*

**CERTIFICATE OF SERVICE**

I certify that on this 1st day of December 2020, I electronically filed the foregoing Novartis Pharmaceuticals Corporation's Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of Novartis Pharmaceuticals Corporation's Corporate Disclosure Statement was served upon the following counsel via electronic mail and/or United States mail:

James G. Onder
Lawana S. Wichmann
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
onder@onderlaw.com
wichmann@onderlaw.com
(314) 963-9000 telephone
(314) 963-1700 facsimile

Richard Elias, MO Bar #53820
Elias LLC
231 S. Bemiston Ave. Ste. 800
St. Louis, MO 63105
(314) 391-6820
relias@EliasLLC.com

*Attorneys for Plaintiff*

/s/Booker T. Shaw
Booker T. Shaw, Esq.
*Attorney for Defendant Novartis Pharmaceuticals Corporation*