UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISOSURI

TONYA WARE, MICHAEL KRONE, and
LITA BRYANT,

                Plaintiffs,

v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

                Defendant.

Case No.  4:20-CV-1561-NCC

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendant's motion to dismiss should be denied as moot. On December 14, 2020, Plaintiff Tonya Ware filed her First Amended Complaint (Doc. No. 15), which dropped the Estate of Walter Krone as a plaintiff, added her siblings Michael Krone and Lita Bryant as co-plaintiffs, and clarified that all Plaintiffs are proceeding in their capacities as the decedent's children under the Missouri Wrongful Death Statute, Mo. Rev. Stat. § 537.080. Plaintiff Ware had the right to amend the complaint without leave of court under Fed. R. Civ. P. 15(a)(1)(B), which allows a plaintiff to amend once as a matter of course within 21 days after a defendant's service of a motion to dismiss under Rule 12(b). Further, Rule 15(a) is the proper vehicle to add and drop parties. *See Vera v. Bush*, 980 F. Supp. 254, 256 (S.D. Tex. 1997) (holding that "new plaintiffs may be added to an action under rule 15(a)"); Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1474 (stating that a "party may make a Rule 15(a) amendment to add, substitute, or drop parties to the action," and citing myriad cases in support thereof). The properly filed amended complaint under Rule 15(a) moots Defendant's current motion to dismiss, and, accordingly, the Court should deny the motion.

**DATED:** December 14, 2020

Respectfully Submitted,

ELIAS LLC

*/s/ Richard M. Elias*
Richard Elias, MO Bar #53820
231 S. Bemiston Ave. Ste. 800
St. Louis, MO  63105
(314) 391-6820
relias@eliasllc.com

ONDERLAW, LLC
James G. Onder
Lawana S. Wichmann
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
onder@onderlaw.com
wichmann@onderlaw.com
(314) 963-9000 telephone
(314) 963-1700 facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 14, 2020, a copy of the foregoing was sent to all counsel of record via the Court's CM/ECF system.

*/s/ Richard M. Elias*
Richard M. Elias